IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-40884
Conference Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOSE SANCHEZ-VETANCUR,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. L-01-CR-214-ALL
--------------------
April 11, 2002

Before SMITH, DeMOSS, and PARKER, Circuit Judges.

PER CURIAM:[*]

Jose Sanchez-Vetancur ("Sanchez") appeals the 71-month sentence imposed following his guilty plea to a charge of being found in the United States after deportation, a violation of 8 U.S.C. § 1326. He contends that his felony conviction for burglary of a vehicle that resulted in his increased sentence was not an aggravated felony under 8 U.S.C. § 1326(b)(2) and U.S.S.G. § 2L1.2(b)(1)(A).

Sanchez acknowledges that his argument is foreclosed by our decision in United States v. Rodriquez-Guzman, 56 F.3d 18, 20-21

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

(5th Cir. 1995), but he seeks to preserve the issue for Supreme Court review.  We are bound by our own precedent absent an intervening Supreme Court decision or a subsequent en banc decision.  <u>See</u> <u>United States v. Garcia Abrego</u>, 141 F.3d 142, 151 n.1 (5th Cir. 1998).  Sanchez's argument is foreclosed by <u>Rodriguez-Guzman</u>.  The district court's judgment is AFFIRMED.